**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| REGINALD KNIGHT,  )   )   Plaintiff,  )   )    vs.  )   )  CITY OF CHICAGO, ILLINOIS, and  )  CHICAGO POLICE OFFICER  )  T. J. SCHUMPP, Star No. 9207,  )  CHICAGO POLICE OFFICER  )  F. E. QUINN III, Star No. 15331,  )   )   Defendants.  )  | 08 C 1297   Judge Zagel   Magistrate Judge Ashman   JURY TRIAL DEMANDED |

**DEFENDANT SCHUMPP'S AGREED MOTION**
**TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Chicago Police Officer Timothy Schumpp, ("Defendant Schumpp"), by one of his attorneys, Marcy M. Labedz, Assistant Corporation Counsel for the City of Chicago, respectfully requests this Honorable Court to enlarge the time in which Defendant Schumpp may answer or otherwise plead to Plaintiff's Complaint, up to and including June 30, 2008. In support thereof, Defendant Schumpp states as follows:

1. Plaintiff's Complaint was filed on March 4, 2008. Defendant Schumpp has been served on April 17, 2008.

2. The undersigned has filed an appearance for Defendant Schumpp on today's date.

3. Defendant Schumpp's Answer or other responsive pleading is due at or about May 7, 2008.

4. Defendant Schumpp' attorney has not been able to meet with her client.

5. This Motion is Defendant Schumpp' first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues.

6. Plaintiff's counsel, Jeffrey Granich, has no objection to the extension of time requested herein.

**WHEREFORE,** Defendant Schumpp respectfully requests that this Honorable Court grant an extension of time up to and including June 30, 2008, to answer or otherwise plead to Plaintiff's Complaint.

Respectfully submitted,

/s/ Marcy M. Labedz
MARCY M. LABEDZ
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
(312) 744-3982
(312) 744-6566
Attorney No.  06279219

May 5, 2008

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have caused a true and correct copy of **DEFENDANT SCHUMPP'S AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**, and **NOTICE OF MOTION** to be served on the person(s) named in the foregoing Notice, via electronic mail, at the address therein stated, on May 5, 2008.

/s/ Marcy M. Labedz
MARCY M. LABEDZ