UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD KNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 1297 |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, and | ) | |
| CHICAGO POLICE OFFICER | ) | Judge Zagel |
| T. J. SCHUMPP, Star No. 9207, | ) | |
| CHICAGO POLICE OFFICER | ) | Magistrate Judge Ashman |
| F. E. QUINN III, Star No. 15331, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

### NOTICE OF AGREED MOTION

TO:  Jeffrey Brooks Granich           Katie Z. Egrmin
     Law Offices of Jeffrey Granich   Law Offices of Jeffrey Granich
     53 W. Jackson, Suite 840         53 W. Jackson, Suite 840
     Chicago, IL 60604                Chicago, IL 60604

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT SCHUMPP'S AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and herewith served upon you.**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Zagel or before such other Judge sitting in his place or stead, on **Thursday, May 8,2008 at 10:15 a.m.**, or as soon thereafter as counsel may be heard, United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 5th day of May 2008.

                                            Respectfully submitted,

                                            /s/ Marcy M. Labedz
                                            Marcy M. Labedz

30 North LaSalle St., Suite 1400
Chicago, Illinois  60602
(312) 744-3982
Attorney No.  06279219