UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Reginald Knight
                            Plaintiff,

v.                                              Case No.: 1:08−cv−01297
                                                Honorable James B. Zagel

City of Chicago, Illinois, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

   MINUTE entry before Judge Honorable James B. Zagel:Motion for extension of time to answer until 6/30/2008 [12] is granted. Status hearing set for 8/27/2008 at 10:00 AM. Noticed motion hearing for 5/8/2008 is stricken.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.