IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD KNIGHT, | ) | |
| | ) | No. 08 C 1297 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE ZAGEL |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, and | ) | |
| CHICAGO POLICE OFFICER T.J. SCHUMPP, | ) | Magistrate Judge Ashman |
| Star No. 9207, and CHICAGO POLICE OFFICER | ) | |
| F.E. QUINN III, Star No. 15331, | ) | |
| | ) | |
| Defendants. | ) | |

**CITY OF CHICAGO'S AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, respectfully moves for an extension of time to June 6, 2008 to answer or otherwise plead in response to Plaintiff's complaint. In support of this motion, the City states the following:

1. Plaintiff filed his complaint on or about March 4, 2008. The City Clerk's Office was served with Plaintiff's complaint on or about March 13, 2008.

2. Undersigned counsel for the City was assigned the case on or about May 5, 2008, the first opportunity that undersigned counsel had to review Plaintiff's complaint.

3. The Office of the Corporation Counsel and the Chicago Police Department are still in the process of investigating the allegations in Plaintiff's complaint and compiling the pertinent records.

4. This motion is the City's first request for an extension of time to answer or otherwise plead. This request is made not to delay the proceedings but rather to allow the City to

respond properly to the allegations in Plaintiff's complaint.

5.	One of Plaintiff's attorneys, Katie Ehrmin of the Law Offices of Jeffrey B. Granich, told undersigned counsel in a telephone conversation on May 7, 2008 that she has no objection to the City's request for an extension of time to answer or otherwise plead.

WHEREFORE, Defendant City of Chicago respectfully requests that it be given an extension of time to June 6, 2008 to answer or otherwise plead in response to Plaintiff's complaint; and for any other relief that this Honorable Court deems proper.

Respectfully submitted,

MARA S. GEORGES  
Corporation Counsel  
City of Chicago

BY:	/s/ Thomas J. Aumann  
THOMAS J. AUMANN  
Assistant Corporation Counsel

City of Chicago, Department of Law  
30 North LaSalle Street  
Suite 1020  
Chicago, Illinois  60602  
(312) 744-1566 (Phone)  
(312) 744-3989 (Fax)  
Atty. No. 06282455

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing **Notice of Motion** and **City of Chicago's Agreed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint** to be served upon Jeffrey B. Granich at jeffreygranich@mac.com, via electronic mail, on this 8th day of May, 2008.

/s/ Thomas J. Aumann
THOMAS J. AUMANN
Assistant Corporation Counsel