IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD KNIGHT, | ) | |
| | ) | No. 08 C 1297 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE ZAGEL |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, and | ) | |
| CHICAGO POLICE OFFICER T.J. SCHUMPP, | ) | Magistrate Judge Ashman |
| Star No. 9207, and CHICAGO POLICE OFFICER | ) | |
| F.E. QUINN III, Star No. 15331, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  Jeffrey B. Granich                     Marcy M. Labedz
     Law Offices of Jeffrey B. Granich      Assistant Corporation Counsel
     53 West Jackson Boulevard              30 North LaSalle Street
     Suite 840                              Suite 1400
     Chicago, Illinois 60604                Chicago, Illinois 60602
     jeffreygranich@mac.com                 mlabedz@cityofchicago.org

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **City of Chicago's Agreed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Zagel, or before such other Judge sitting in his stead, on the 13th day of May, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED** at Chicago, Illinois this 8th day of May, 2008.

                                        Respectfully submitted,

                                        MARA S. GEORGES
                                        Corporation Counsel
                                        City of Chicago

                        By:   /s/ Thomas J. Aumann
                              THOMAS J. AUMANN
                              Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
(312) 744-1566 (Phone)
(312) 744-3989 (Fax)
Atty. No. 06282455