## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD KNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 1297 |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, and | ) | |
| CHICAGO POLICE OFFICER | ) | Judge Zagel |
| T. J. SCHUMPP, Star No. 9207, | ) | |
| CHICAGO POLICE OFFICER | ) | Magistrate Judge Ashman |
| F. E. QUINN III, Star No. 15331, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

### NOTICE OF FILING

TO:    Jeffrey Brooks Granich          Katie Z. Ehrmin
       Law Offices of Jeffrey Granich  Law Offices of Jeffrey Granich
       53 W. Jackson, Suite 840        53 W. Jackson, Suite 840
       Chicago, IL 60604               Chicago, IL 60604

   **PLEASE TAKE NOTICE** that on June 27, 2008, I have caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' ANSWER, 12(B)(6) DEFENSE, AFFIRMATIVE DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is herewith served upon you.

                                        Respectfully submitted,

                                        /s/ Marcy M. Labedz
                                        MARCY M. LABEDZ
                                        Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3982
(312) 744-6566 (Fax)
Atty. No. 06279219